UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:08cv264/MCR/EMT

CHECK #CC00015639 FROM CAPITAL
ONE BANK IN THE AMOUNT OF
$101,800.05
_____/

**O R D E R**

      This action originated before this court on the government's Verified Complaint For Forfeiture In Rem filed June 20, 2008. (Doc. 1). Upon motion of the government (doc 5), all proceedings in this case were stayed until further order of the court pending conclusion of a related criminal matter, to wit, <u>United States of America v. Mark Edward Artigues, Gerardo A. Klug, Rogelio T. Martinez and Oslar F. Rivas</u>, case number 3:08cr8/MCR (doc. 6). On October 27, 2008, following conclusion of the related criminal case, the government reported the investigation of an unindicted co-conspirator remained ongoing, with an indictment expected by January 2010, and requested a continuance of the stay. (*See* doc. 7). Accordingly, the July 16, 2008, Order staying all proceedings in this case has continued to date. The government shall now be required to file a supplemental report regarding the status of this case and its readiness to proceed. Said status report shall be filed on or before May 7, 2010.

      **SO ORDERED** this 26th day of April, 2010.

      *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**